

# Missouri Court of Appeals
## Southern District

**DECEMBER 19, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

1.  SD32965     State of Missouri vs. Anthony Loren Bruenn